The People of the State of Illinois, defendant in error, v. Omer Chamberlain, plaintiff in error. Gen. No. 8,250.

Opinion filed January 24, 1929.

Arthur F. Miller and William F. Smith, for plaintiff in error. Wirt Herrick, State's Attorney, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Charles S. Stevens and Robert Fraley, plaintiffs in error. Gen. No. 8,258.

Opinion filed January 24, 1929.

John I. Magill, for plaintiffs in error. N. E. Fullenwider, State's Attorney, J. M. Weldon and L. E. Sullivan, Assistant State's Attorneys, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

Joe Hayes, appellee, v. National Life & Accident Insurance Company, appellant. Gen. No. 8,260.

Opinion filed January 24, 1929.

Hutton & Clark, for appellant. J. D. Allen and Jinkins & Jinkins, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

Lucy Riley, appellee, v. W. G. Musser, appellant. Gen. No. 8,272.

Opinion filed January 24, 1929.

W. St. J. Wines and Evan Worth, for appellant. Harold F. Trapp, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

Nancy E. Goben, appellee, v. Chicago & Illinois Midland Railway Company, appellant. Gen. No. 8,281.

Opinion filed January 24, 1929.

Provine & Williams and Scott W. Lucas, for appellant; Isham, Lincoln & Beale, of counsel. E. P. Nischwitz and Clarence W. Heyl, for appellee; Heyl & Heyl, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.